OPINION — AG — THE LEGISLATURE INTENDED BY THE PROVISIONS OF 36 O.S. 1971 5001 [36-5001](C), THAT ALL POLICIES OF TITLE INSURANCE BE ISSUED ONLY AFTER AN EXAMINATION OF A DULY CERTIFIED ABSTRACT OF TITLE PREPARED BY A BONDED AND LICENSED ABSTRACTER. ALL SUCH EXAMINATIONS OF ABSTRACT, AS DEFINED ABOVE, SHALL BE CONDUCTED BY A LICENSED ATTORNEY PRIOR TO ISSUANCE OF THE POLICY OF TITLE INSURANCE. CITE: 36 O.S. 1971 5004 [36-5004] (JOHNNY J. AKINS)